IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson Sr, Tavis T

Printed: 5/6/08

Case Number: 07 B 18454
Judge: Squires, John H
Filed: 10/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 26, 2008
Confirmed: January 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,128.00 |  |
| Secured: |  | 4,571.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 279.99 |
| Trustee Fee: |  | 276.90 |
| Other Funds: |  | 0.00 |
| Totals: | 5,128.00 | 5,128.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 1,000.00 | 279.99 |
| 2. | Burns & Wincek, Ltd. | Administrative | 2,800.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | Key Equipment Finance | Secured | 0.00 | 2,555.97 |
| 5. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 6. | Home Loan Services | Secured | 7,630.60 | 854.61 |
| 7. | Home Loan Services | Secured | 2,339.95 | 219.55 |
| 8. | GMAC Auto Financing | Secured | 74.12 | 0.00 |
| 9. | GMAC Auto Financing | Secured | 184.86 | 940.98 |
| 10. | Home Loan Services | Secured | 2,925.71 | 0.00 |
| 11. | Home Loan Services | Secured | 12,084.04 | 0.00 |
| 12. | Key Equipment Finance | Unsecured | 0.00 | 0.00 |
| 13. | Capital One | Unsecured | 101.08 | 0.00 |
| 14. | Sprint Nextel | Unsecured | 74.55 | 0.00 |
| 15. | Midwest Bank & Trust | Unsecured | 514.39 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 61.51 | 0.00 |
| 17. | Stroger Hospital | Unsecured |  | No Claim Filed |
| 18. | Jose Lopez Lawn Service | Unsecured |  | No Claim Filed |
| 19. | Bank One | Unsecured |  | No Claim Filed |
| 20. | CCA | Unsecured |  | No Claim Filed |
| 21. | American General Finance | Unsecured |  | No Claim Filed |
| 22. | Comcast Cablevision | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,790.81 | $ 4,851.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson Sr, Tavis T

Printed: 5/6/08

Case Number: 07 B 18454
Judge: Squires, John H
Filed: 10/8/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 276.90     |
|          | _____ |
|          | $ 276.90   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

